Michael W. Burnett, Esq. (State Bar No. 98696)
THE BURNETT FIRM
3 San Joaquin Plaza, Suite 215
Newport Beach, CA 92660
Phone: (949) 729-9919
Fax: (949) 729-9191

Attorneys for Defendant
MERIDIAN FORECLOSURE SERVICE,
a California corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON FORBES III,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ONE WEST BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR21IP UNDER THE POOLING AND SERVICING AGREEMENT DATED 7-18-2003; MERIDIAN FORECLOSURE SERVICE, A CALIFORNIA CORPORATION, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:12-cv-09869-MWF-CW<br><br>**NOTICE OF JOINDER OF DEFENDANT MERIDIAN FORECLOSURE SERVICE, A CALIFORNIA CORPORATION, IN OPPOSITION OF ONEWEST BANK, FSB AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR21IP, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR21IP TO PLAINTIFF'S MOTION FOR ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>Date:　April 29, 2013<br>Time:　10:00 a.m.<br>Ctrm.:　1600<br>Judge:　Hon. Michael W. Fitzgerald<br><br>Complaint filed: November 16, 2012 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant MERIDIAN FORECLOSURE SERVICE, a California corporation ("Meridian") hereby joins in the Opposition filed by Defendants OneWest Bank, FSB and Deutsche Bank National Trust Company, as Trustee of the Indymac INDX Mortgage Trust 007-AR21IP, Mortgage Pass-Through Certificates, Series 2007-AR21IP, to Plaintiff's Motion for Order Dismissing Complaint Without Prejudice filed with the Court on April 8, 2013.

Dated: April 8, 2013

THE BURNETT FIRM

By: /s/ Michael W. Burnett
Michael W. Burnett
Attorney for Defendant
MERIDIAN FORECLOSURE SERVICE,
a California corporation

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 3 San Joaquin Plaza, Suite 215, Newport Beach, California 92660.

On April 8, 2013 I served the foregoing document(s) described as **NOTICE OF JOINDER OF DEFENDANT, MERIDIAN FORECLOSURE SERVICE, A CALIFORNIA CORPORATION, IN OPPOSITION OF ONEWEST BANK FSB AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR21IP, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR21IP TO PLAINTIFF'S MOTION FOR ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** on the interested parties in this action addressed as follows:

Emily L. Murray, Esq.
Allen Matkins Leck Gamble Mallory
   & Natsis LLP
515 S. Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
emurray@allenmatkins.com

[ ]  **(BY REGULAR MAIL)** By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below. I mailed such envelope(s) by depositing them in the United States mail at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY OVERNIGHT DELIVERY)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addressed listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]  **(BY FACSIMILE)** I sent by facsimile to the following facsimile number:

[ ]  **(BY PERSONAL SERVICE)** I caused to be delivered in such envelope(s) by hand to the offices of the interested parties.

[X]  **(BY ELECTRONIC MAIL)** I electronically served the foregoing via the Court provided ECF system. I am readily familiar with the firm's practice of providing and maintaining electronic equipment for the processing of electronic mail and electronic filings utilizing the Court's NEF/ECF system.

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 8, 2013, at Newport Beach, California.

*/s/ Danielle Lewis*
Danielle Lewis

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 3 San Joaquin Plaza, Suite 215, Newport Beach, California 92660.

On April 8, 2013 I served the foregoing document(s) described as **NOTICE OF JOINDER OF DEFENDANT, MERIDIAN FORECLOSURE SERVICE, A CALIFORNIA CORPORATION, IN OPPOSITION OF ONEWEST BANK FSB AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR21IP, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR21IP TO PLAINTIFF'S MOTION FOR ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** on the interested parties in this action addressed as follows:

Gordon Forbes, III
635 ½ Chapala Street
Santa Barbara, California 93101

Plaintiff in Pro Per

[ ] **(BY REGULAR MAIL)** By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below. I mailed such envelope(s) by depositing them in the United States mail at Irvine, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(BY OVERNIGHT DELIVERY)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addressed listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **(BY FACSIMILE)** I sent by facsimile to the following facsimile number:

[ ] **(BY PERSONAL SERVICE)** I caused to be delivered in such envelope(s) by hand to the offices of the interested parties.

[ ] **(BY ELECTRONIC MAIL)** I electronically served the foregoing via the Court provided ECF system. I am readily familiar with the firm's practice of providing and maintaining electronic equipment for the processing of electronic mail and electronic filings utilizing the Court's NEF/ECF system.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 8, 2013, at Newport Beach, California.

*/s/ Danielle Lewis*
Danielle Lewis